## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **MINH LE-BA** | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. 4-16-cv-03602** |
| **V.** | § | |
| | § | |
| **UNITED PROPERTY & CASUALTY** | § | |
| **INSURANCE COMPANY,** | § | |
| **Defendant.** | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Minh Le-Ba and Defendant United Property & Casualty Insurance Company hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiff's claims against Defendant United Property & Casualty Insurance Company are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 16th day of October, 2017.

Respectfully submitted,

/s/ *Richard D. Daly
Richard D. Daly, Attorney-in-Charge
TBA No. 00796429
Southern District Bar No. 20706
David L. Bergen
TBA No. 24097371
Southern District Bar No. 2858355

**DALY & BLACK, P.C.**
2211 Norfolk Street, Suite 800
Houston, Texas 77098
(713) 655-1405/(713) 655-1587
Email: rdaly@dalyblack.com
Email: dbergen@dalyblack.com

**COUNSEL FOR PLAINTIFF**
*signed with permission

And

/s/Rhonda J. Thompson
Rhonda J. Thompson
Attorney-In-Charge
State Bar No. 24029862
Southern District No. 17055
Shannon Beck
State Bar No. 24092102
Southern District No. 2715159

**THOMPSON, COE, COUSINS & IRONS, LLP**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:  (214) 871-8209
Email: rthompson@thompsoncoe.com
Email: sbeck@thompsoncoe.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 16th day of October, 2017, the foregoing pleading was delivered to the following counsel of record for Plaintiff via electronic filing and e-mail in accordance with the Federal Rules of Civil Procedure:

Richard D. Daly
David L. Bergen
**Daly & Black, P.C.**
2211 Norfolk Street, Suite 800
Houston, Texas 77098
(713) 655-1405/(713) 655-1587
Email:  rdaly@dalyblack.com
Email: dbergen@dalyblack.com
*Counsel for Plaintiff*

/s/Rhonda J. Thompson
Rhonda J. Thompson