United States District Court
Southern District of Texas
**ENTERED**
October 17, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MINH LE-BA<br>　　Plaintiff,<br><br>V.<br><br>UNITED PROPERTY & CASUALTY<br>INSURANCE COMPANY,<br>　　Defendant. | § § § § § § § § | CIVIL ACTION NO. 4-16-cv-03602 |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiff Minh Le-Ba and Defendant United Property & Casualty Insurance Company's Joint Stipulation of Dismissal With Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant United Property & Casualty Insurance Company are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS SO ORDERED.

Signed on 10/17/2017

_____
UNITED STATES DISTRICT JUDGE